# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robin Forslund, et al.

                        Plaintiff,

v.                                                             Case No.: 1:22−cv−04260
                                                                         Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2022:

     MINUTE entry before the Honorable John J. Tharp, Jr: A telephone status hearing on a previously filed motion to reassign is currently scheduled for September 15, 2022 at 9:15 a.m. Counsel for Plaintiff Matthew Menting are directed to join the hearing. Directions for counsel and the parties for participating in the telephonic hearing will be provided by email prior to the hearing. Counsel are instructed to use those directions, which require logging into the call via a web site. Members of the public and media who wish to listen to this hearing may call in to the hearing by dialing 877−848−7030 and, upon prompting, entering the access code: 5784864. Persons granted remote access to proceedings are reminded that this is a court proceeding and should be treated as such; phones should be muted at all times unless you are authorized to participate in the hearing. In addition, the general prohibition against photographing, recording, and rebroadcasting of court proceedings applies. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.