# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Timothy Kelly, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>R. R. Donnelley & Sons Company,<br><br>Defendant. | Case No. 1:22-cv-04260 |

## NOTICE OF SETTLEMENT

The Parties hereby give the Court notice that they have reached a settlement in principle on a classwide basis. The Parties are finalizing the terms of the settlement and anticipate presenting a motion for preliminary approval of class action settlement within 45 days. The Parties respectfully request that the Court stay all case deadlines and reserve ruling on Defendant's pending motion to dismiss in the interim.

Dated: April 25, 2023

Respectfully Submitted,

By: /s/ *Gary M. Klinger*

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Attorney for Plaintiff and the Proposed Class*