# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

                                  Plaintiff,

v.                                                                 Case No.: 1:22−cv−04260

                                                                                     Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' notice of settlement [46], all pending deadlines are suspended until 6/9/2023. If the claims against defendant are not dismissed by then, the parties shall file a status report explaining the status of the settlement. The Court will then determine whether further suspension of deadlines is appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.