## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

                                        Plaintiff,

v.                                                                           Case No.: 1:22−cv−04260
                                                                          Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the parties' joint status report [48], this matter remains stayed to allow the parties to conduct settlement discussions. The parties are directed to submit a motion for preliminary approval or a joint status report reflecting the status of settlement discussions by 7/28/2023. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.