# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

                                                                             Plaintiff,

v.                                                                                                                                                                     Case No.: 1:22−cv−04260
                                                                                                                                                                 Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Court takes the plaintiffs' unopposed motion for preliminary approval of class action settlement [52] under advisement. The plaintiffs are directed to submit the proposed preliminary approval order in Word format to the Court's proposed order inbox (Proposed_Order_Tharp@ilnd.uscourts.gov). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.