**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Robin Forslund, et al.
                                Plaintiff,

v.                                                             Case No.: 1:22−cv−04260
                                                                     Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:: A telephone status regarding the pending motion for preliminary approval of the parties' settlement in this case will be held on October 5, 2023 at 9:30 a.m. For instructions regarding participation in, or access to, the telephone hearing, see the standing order on telephone hearings on Judge Tharp's web page (https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==). For administrative clarity, the defendant's pending motion to dismiss [32] is denied without prejudice to its reassertion in the event that the Court does not grant final approval to the settlement agreement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.