**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Robin Forslund, et al.

                              Plaintiff,

v.                                                                    Case No.: 1:22−cv−04260
                                                                      Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 5, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr:Telephone status hearing held. The motion for preliminary approval of the parties' settlement [52] remains under advisement. Parties are to call the courtroom deputy within 7 days as to how they plan to address the court's questions during today's hearing. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.