**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Robin Forslund, et al.

                        Plaintiff,

v.                                               Case No.: 1:22−cv−04260
                                                                      Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: By agreement of the parties, Plaintiff intends to file an amended motion for approval of a class settlement by 10/26/23.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.