UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBIN FORSLUND, TIMOTHY KELLY, MATTHEW MENTING, DONALYN NORTH, ROBIN RECTOR, ERIC OTTENHEIMER, GAIL ROSSI, and GREGORY WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY,<br><br>Defendant. | Case No. 1:22-cv-04260<br><br>Judge John J. Tharp, Jr. |

## PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Robin Forslund, Timothy Kelly, George Lenz Jr., Matthew Menting, Donalyn North, Robin Rector, Eric Ottenheimer, Gail Rossi, and Gregory Williams (the "Plaintiffs") move for the entry of the Proposed Preliminary Approval Order submitted herewith, which seeks the preliminarily approval of a proposed class action settlement (the "Settlement"), certification of a proposed settlement class (the "Settlement Class"), and approval of a notice plan, as explained herein and in the supporting documents.

1. Plaintiffs respectfully request that the Court: (1) conditionally certify the Settlement Class for settlement purposes; (2) name Plaintiffs as Class Representatives; (3) appoint Raina C. Borrelli of Turke & Straus, LLP, Joseph M. Lyon of The Lyon Firm, LLC, and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel; (4) grant preliminary approval of the Settlement; (5) approve the proposed Notice and direct its distribution to Settlement Class Members; (6) set deadlines for Settlement Class Members to object or opt out;

1

and (7) schedule a final approval hearing, at which time the Court can consider whether to give final approval to the Settlement.

      2.      This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval; (3) Class Counsel's Declaration; (4) the Amended Settlement Agreement; (5) the Parties' proposed Notice program; (6) the [Proposed] Preliminary Approval Order; (7) the records, pleadings, and papers filed in this Action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

      3.      Defendant does not oppose the relief requested in this motion.

WHEREFORE, Plaintiffs request that the Court enter the proposed Preliminary Approval Order.

Dated: October 26, 2023

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUS LLP
613 Williamson St., Ste. 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Joseph M. Lyon (OH Bar #76050)
THE LYON FIRM, LLC
2754 Erie Avenue
Cincinnati, OH 45208

Phone: (513) 381-2333
Fax: (513) 721-1178
jlyon@thelyonfirm.com

*Interim Co-Lead Class Counsel*

Bryan L. Bleichner (*pro hac vice* forthcoming)
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

Terence R. Coates (*pro hac vice* forthcoming)
Jonathan T. Deters (*pro hac vice* forthcoming)
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

*Counsel for Plaintiffs and Putative Class*

## **CERTIFICATE OF SERVICE**

  I, Raina C. Borrelli, hereby certify that on October 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of October, 2023.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
           Raina C. Borrelli
           raina@turkestrauss.com
           TURKE & STRAUSS LLP
           613 Williamson St., Suite 201
           Madison, WI 53703
           Telephone: (608) 237-1775
           Facsimile: (608) 509-4423