UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Robin Forslund, et al.

Plaintiff,

v.   Case No.: 1:22−cv−04260
Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiffs' Unopposed Motion for Preliminary Approval of Amended Class Action Settlement [60] is granted. Enter Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.