# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

                            Plaintiff,

v.                                                     Case No.: 1:22−cv−04260

                                                                Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

        MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' unopposed motion for final approval of the proposed settlement [70] is taken under advisement. An in−person hearing to address the motion for final approval will be held on 03/15/2024 at 10:00 a.m. in Courtroom 2303. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.