# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

Plaintiff,

v.

Case No.: 1:22–cv–04260
Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: Hearing held. Court orally grants Plaintiffs' Motion for Final Approval for the Class Action Settlement [70] and Motion for Attorneys' Fees, Costs, Expenses and Service Awards [66]. Supplement to address the exclusion list to be filed by Plaintiff's counsel by 3/22/24. Enter Final Approval Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.