# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robin Forslund, et al.

                        Plaintiff,

v.                                                                Case No.: 1:22−cv−04260
                                                                  Honorable John J. Tharp Jr.

R.R. Donnelley & Sons Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Movant Eduardo Bustamante's motion [78] is denied. The motion is titled to "suppress evidence illegally obtained," but the basis for the motion is unclear and it references a case outside of this district. Further, this case is closed following the Court's approval of the class action settlement [74]. The Movant does not claim to be a class member in any event. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.